Yasha Bronshteyn, Esq.
Ginzburg & Bronshteyn, LLP
11111 Santa Monica Boulevard, Suite 1840
Los Angeles, CA 90025
Tel. (310)914-3222
Fax (310)914-4242
SBN: 210248

Julie Cohen Lonstein, Esq.
Lonstein Law Office, P.C.
80 North Main Street, P.O. Box 351
Ellenville, NY 12428
Tel. (845) 647-8500
Fax (845) 647-6277

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

---

**ZUFFA, LLC, d/b/a THE ULTIMATE FIGHTING CHAMPIONSHIP (UFC),**

    Plaintiff,

  -against-

STEVEN P. BARBO, Individually, and as officer, director, shareholder and/or principal of S&T PIZZA, INC. d/b/a MARCOS PIZZA, a/k/a MARCO'S PIZZA,

and

S&T PIZZA, INC. d/b/a MARCOS PIZZA, a/k/a MARCO'S PIZZA,

    Defendants.

---

**NOTICE OF SETTLEMENT AND STIPULATION**

Civil Action No. 2:11-CV-03043

**PLEASE TAKE NOTICE THAT** the parties herein hereby notify the Court that they have settled the within action and respectfully submit this Stipulation pursuant to Local Rule 143.

This is based upon a settlement made between Plaintiff and the above referenced specific Defendants, wherein Defendants will pay a certain consideration by **August 15, 2013.** The Clerk's Office, in its discretion, is authorized to administratively close this case due to this settlement. However, the Plaintiff respectfully and specifically reserves the right, in the event of any non-payment, to move this honorable Court to reopen and reinstate its claims, should the Defendants fail to abide by the terms of the settlement agreement.  Alternatively, upon completion of the terms of this settlement, Plaintiff will dismiss its claims with prejudice against the Defendants pursuant to Rule 41 of the Federal Rules of Civil Procedure. Additionally, the parties respectfully request that all future Court ordered deadlines and dates for trial be removed from the Court's calendar.

Respectfully submitted,

Dated: October 5, 2012
         Ellenville, New York

| | |
|---|---|
| **ZUFFA, LLC, d/b/a THE ULTIMATE FIGHTING CHAMPIONSHIP (UFC)** | **S&T PIZZA, INC. d/b/a MARCOS PIZZA** |
| By: /s/ Julie Cohen Lonstein | By: /s/ Matthew A. Pare |
| JULIE COHEN LONSTEIN, ESQ. | MATTHEW A. PARE, ESQ. |
| Attorney for Plaintiff | Attorney for Defendants |
| LONSTEIN LAW OFFICE, P.C. | Law Office of Matthew A. Pare |
| Office and P.O. Address | 303 H Street |
| 80 North Main Street : P.O. Box 351 | Chula Vista, CA 91910 |
| Ellenville, NY  12428 | Telephone: (619) 869-4999 |
| Telephone:  (845) 647-8500 | Facsimile: (619) 475-6296 |
| Facsimile:  (845) 647-6277 | Email: mattparelawca@gmail.com |

Email: Legal@signallaw.com
*Our file number: 10-33CA-E01V*


 /s/ Yasha Bronshteyn
Yasha Bronshteyn, Esq.
Attorney for Plaintiff
Ginzburg & Bronshteyn, LLP
11111 Santa Monica Boulevard, Suite 1840
Los Angeles, CA 90025
Tel. (310)914-3222
Fax (310)914-4242
SBN: 210248


**IT IS SO ORDERED** this 9th day of October, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE